1 So.2d 48
### Waymon POUNDERS v. STATE.
#### 8 Div. 72.

Court of Appeals of Alabama.
Jan. 21, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

11 So.2d 173
### Jake POWELL v. STATE.
#### 3 Div. 850.

Court of Appeals of Alabama.
Dec. 15, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed; appellant on probation.

11 So.2d 173
### J. B. POWELL v. STATE.
#### I Div. 420.

Court of Appeals of Alabama.
Nov. 17, 1942.

Wm. N. McQueen, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

8 So.2d 906
### Carl PRICE v. STATE.
#### 6 Div. 875.

Court of Appeals of Alabama.
May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

4 So.2d 925
### F. D. PRICE v. W. B. KYZER.
#### 4 Div. 678.

Court of Appeals of Alabama.
Nov. 6, 1941.

PER CURIAM.
Appeal dismissed for want of prosecution.

8 So.2d 906
### Girard RAINE v. STATE.
#### I Div. 431.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.